IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BRUCE TRACEY,

    Plaintiff,                       No. CIV S-07-2495 LKK EFB P

    vs.

SACRAMENTO COUNTY
SHERIFF DEPARTMENT, et al.,

    Defendants.                FINDINGS AND RECOMMENDATIONS

    On February 11, 2008 and again on April 8, 2008, the court ordered plaintiff to file a completed application to proceed in forma pauperis within 30 days and warned plaintiff that failure to do so would result in a recommendation that this action be dismissed.

    The 30-day period has expired. While plaintiff has filed two amended complaints since the April 8, 2008 order, he has not filed an application to proceed in forma pauperis or otherwise responded to the above-referenced orders.

    It therefore is RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
3 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4 Dated:  October 23, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE